# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CANDICE MUMMA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.:  3:20-cv-0926-(TOF)** |
| **v.** | : | |
| | : | |
| **PATHWAY VET ALLIANCE, LLC** | : | |
| **AND NATIONAL AVC, LLC d/b/a** | : | **July 27, 2023** |
| **THRIVE AFFORDABLE VET CARE,** | : | |
| | : | |
| **Defendants.** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, through the undersigned counsel for the parties who are authorized to execute this Stipulation for the parties, that the above-captioned action be dismissed with prejudice in its entirety, and with no award of attorneys' fees, costs, and/or disbursements to any party.

PLAINTIFF, CANDICE MUMMA

BY:___/c/ ct23807_____
    Theodore W. Heiser, ct23807
    Suisman, Shapiro, Wool, Brennan,
    Gray & Greenberg, P.C.
    2 Union Plaza, Suite 200
    P.O. Box 1591
    New London, CT 06320
    Tele. No.: (860)442-4416
    Email:  theiser@sswbgg.com
    Her Attorney

DEFENDANT, PATHWAY VET ALLIANCE, LLC AND NATIONAL AVC, LLC D/B/A THIRVE AFFORDABLE VET CARE

BY:   /s/ ct18053

     Craig T. Dickinson, ct18053
     Ford Harrison LLP
     CityPlace II
     185 Asylum Street – Ste 820
     Hartford, CT 06103
     Tele No.: (860) 740-1371
     Email: cdickinson@fordharrison.com
     Their Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Craig T. Dickinson*
Craig T. Dickinson